### 43287. WATSON v. PARKE, DAVIS & COMPANY.

PANNELL, Judge. A judgment overruling a general demurrer to a motion to allow a default opened and defensive pleadings filed is not final, neither is an order opening a default, nor would it have been final if it had been rendered as claimed by appellant, and the appeal in the present case from such a judgment, being premature, must, on motion, be dismissed. *Nye v. Murcel Mfg. Co.,* 116 Ga. App. 44 (156 SE2d 383). The case of *Snow v. Conley,* 113 Ga. App. 486 (148 SE2d 484), in which an appeal in such a case was considered by this court, and reversed, is but a physical precedent and must yield to the above express ruling, and the requirements of the statute governing appeals. Sec. 1 of the Appellate Practice Act (Ga. L. 1965, p. 18; *Code Ann.* § 6-701).

*Appeal dismissed. Jordan, P. J., and Deen, J., concur.*

ARGUED JANUARY 5, 1968—DECIDED JANUARY 17, 1968— REHEARING DENIED JANUARY 31, 1968.

*Gary Blasingame, Mincey, Kenmore & Popper, Joseph W. Popper, Jr., Sell & Comer, John D. Comer,* for appellant.
*Whelchel, Dunlap & Gignilliat, James A. Dunlap, Weymon H. Forrester,* for appellee.